# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WILSON,<br><br>    Plaintiff<br>v.<br>NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | Case No.: 2:10-cv-05614-MMB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a), counsel for Plaintiff and counsel for Defendant, NCO Financial Systems, Inc. hereto stipulate to the dismissal with prejudice as to NCO Financial Systems, Inc, without cost to either party.

_____
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

Counsel for William Wilson

/s/ Ross S. Enders
Ross S. Enders, Esquire
Sessions, Fishman, Nathan & Israel, LLP
200 Route 31 North
Suite 203
Flemington, NJ 08822
Counsel for NCO Financial Systems, Inc.